IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RACHEL SUTTON; and STEPHEN SUTTON )
)
v. ) No. 3-11-0071
)
WAL-MART STORES EAST, LP )

O R D E R

The defendant's motion for entry of an agreed order for the release of plaintiff's medical records (Docket Entry No. 19) is GRANTED.

By contemporaneously entered order, the Court has entered the parties' agreed order for the release of the plaintiff's medical records (Docket Entry No. 19-1).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge